**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| SHARLETT WHITE,　　　　　　　　　) | |
| 　　　　PLAINTIFF,　　　　　　) | CASE No. 8:07cv287 |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | **NOTICE OF DISMISSAL** |
| vs.　　　　　　　　　　　　　　) | **WITH PREJUDICE** |
| 　　　　　　　　　　　　　　　　) | |
| VAN RU CREDIT CORP,　　　　　　) | |
| 　　　　DEFENDANT,　　　　　　) | |

_____

　　COMES NOW, the Plaintiff Sharlett White, by and through her attorney, Pamela A. Car, and pursuant to Fed.R.Civ.P. 41(a)(1)(i) and gives notice of Plaintiff's dismissal of this case with prejudice as it has been settled in its entirety. Each party to pay its own fees and costs to the extent not otherwise agreed upon in the parties' settlement agreement.

Dated: August 23, 2007

　　　　　　　　　　　　　　　　Sharlett White, Plaintiff,


　　　　　　　　　　　　　　By:s/Pamela A. Car
　　　　　　　　　　　　　　　　Pamela A. Car #18770
　　　　　　　　　　　　　　　　William L. Reinbrecht #20138
　　　　　　　　　　　　　　　　Car & Reinbrecht, P.C., L.L.O.
　　　　　　　　　　　　　　　　8720 Frederick Street, Suite 105
　　　　　　　　　　　　　　　　Omaha, NE 68124
　　　　　　　　　　　　　　　　(402) 391-8484 Telephone
　　　　　　　　　　　　　　　　(402) 391-1103 Facsimile
　　　　　　　　　　　　　　　　 E-mail: carlaw@uswest.net
　　　　　　　　　　　　　　　　Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following

None

and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

                          By:s/Pamela A. Car
                          Pamela A. Car #18770
                          Car & Reinbrecht, P.C., L.L.O.
                          8720 Frederick St. # 105
                          Omaha, NE 68124
                          (402) 391-8484 phone
                          ( 402) 391-1103 fax
                          pacwlr@qwest.net–e-mail
                          Attorney for Plaintiff