IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARLETT WHITE, )<br> )<br>          Plaintiff, )<br> )<br>v. )<br> )<br>VAN RU CREDIT, Corp., )<br> )<br>          Defendant. )<br> ) | 8:07CV287<br><br>ORDER OF DISMISSAL |

      The matter before the court is the plaintiff's Notice of Case Dismissal. Filing No. 5. The court finds that this matter should be dismissed with prejudice.

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

      DATED this 23rd day of August, 2007.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge